UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TRAYMONTE B. SNIPES,

     Plaintiff,

v.                                  Case No. 3:25cv73-LC-HTC

WARDEN MORGAN, et al.,

     Defendants.

_____/

## ORDER

The magistrate judge issued a Report and Recommendation on February 19, 2025 (ECF No. 7), recommending this case be dismissed without prejudice because Plaintiff is a three-striker under 28 U.S.C. § 1915(g) who failed to pay the filing fee at the time of suit and also as malicious, under 28 U.S.C. § 1915(e)(2)(B)(ii), because he failed to truthfully disclose his litigation history. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections were filed.

Having conducted a *de novo* review of the Report and Recommendation, I have determined it should be wholly adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (ECF No. 7) is adopted and incorporated by reference in this order.

2.    This case is DISMISSED WITHOUT PREJUDICE because Plaintiff is a three-striker under 28 U.S.C. § 1915(g) who failed to pay the filing fee at the time of suit and also as malicious, under 28 U.S.C. § 1915(e)(2)(B)(ii), because he failed to truthfully disclose his litigation history.

3.    The clerk shall close the file.

**ORDERED** on this 12th day of May, 2025.


                              s/*L.A. Collier*
                              Lacey A. Collier
                         Senior United States District Judge